AUTHENEX, INC., Plaintiff–Appellant,

v.

**EMC CORPORATION, Defendant–Appellee.**

Authenex, Inc., Plaintiff,

and

Jeremy S. Pitcock, Sanctioned Party–Appellant,

and

Jennifer L. Ishimoto, Sanctioned Party–Appellant,

and

David R. Stevens, Sanctioned Party–Appellant,

v.

EMC Corporation, Defendant–Appellee.

Nos. 2011–1398, 2011–1490.

United States Court of Appeals, Federal Circuit.

Jan. 31, 2012.

Jeremy S. Pitcock, Pitcock Law Group, New York, NY, for Plaintiff–Appellant/Sanctioned Party–Appellant.

Chris R. Ottenweller, Orrick, Herrington & Sutcliffe LLP, Menlo Park, CA, for Defendant–Appellee.

David R. Stevens, Stevens Law Group, San Jose, CA, Jennifer L. Ishimoto, Banie & Ishimoto, LLP, Palo Alto, CA, for Sanctioned Party–Appellant.

ON MOTION

*ORDER*

The Appellants move unopposed to dismiss their appeals.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.